# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1801
LT Case No. 2008-CF-1656-B

_____

NEMEA HALL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


3.850 from the Circuit Court for Lake County.
Larry Metz, Judge.

Nemea Hall, Daytona Beach, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney
Brown Hartless, Assistant Attorney General, Daytona Beach, for
Appellee.

October 13, 2023


PER CURIAM.

This Court previously affirmed the denial of Appellant's first
petition for writ of habeas corpus stemming from Lake County
Circuit Court Case No. 2008-CF-1656-B. This is Appellant's
second attempt at a writ of habeas corpus stemming from the same
case mentioned above. Because it appears that Appellant's filings
are abusive, repetitive, malicious, or frivolous, Appellant is

cautioned that any further pro se filings in this Court asserting claims stemming from Lake County Circuit Court Case No. 2008-CF-1656-B, may result in sanctions such as a bar on pro se filing in this Court. *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

AFFIRMED; APPELLANT CAUTIONED.

EDWARDS, C.J., and JAY and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____